# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:01CR183-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| CARLTON KEITH ROPER ) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals reversing the part of this Court's Judgment entered January 26, 2005, which ordered the balance of the court appointed attorneys fees and restitution be remitted. *See, United States v. Roper*, 462 F.3d 336 (4th Cir. 2006).

Pursuant to the Fourth Circuit's remand,

**IT IS, THEREFORE, ORDERED** that the Court's Judgment of Conviction entered October 16, 2002, directing the Defendant to reimburse the United States Government for the cost of his court appointed counsel and ordering restitution in the amount of $281,914.34 is hereby **REINSTATED** and the remaining terms and conditions set forth in the Court's January 26, 2005, Judgment of Conviction remain in full force and effect.

2

Signed: October 23, 2006

Lacy H. Thornburg
United States District Judge